No. 72–6676. TANT *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL would grant certiorari.